FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 3 0 2014



JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: WRIGHT MEDICAL )
TECHNOLOGY, INC., CONSERVE )
HIP IMPLANT PRODUCTS )
LIABILITY LITIGATION )
)
This Document Relates To: )
)
ALL CASES )

MDL NO. 2329

1 14-CV-2448

SHORT FORM COMPLAINT
(AMENDED FORM)

## ABBREVIATED SHORT FORM COMPLAINT
## FOR WRIGHT MEDICAL TECHNOLOGY, INC.,
## CONSERVE HIP IMPLANT PRODUCTS LIABILITY LITIGATION

1.      Plaintiff(s), __Lisa L. Webb,__ , state(s) and bring(s) this civil action

before the Court for the United States District Court for the Northern District of

Georgia against Defendants Wright Medical Technology, Inc. and/or Wright

Medical Group, Inc. as a related action in the matter entitled IN RE: WRIGHT

MEDICAL TECHNOLOGY, INC., CONSERVE HIP IMPLANT PRODUCTS

LIABILITY LITIGATION, MDL No. 2329. Plaintiff is filing this short form

complaint as permitted by Case Management Order No. 1 of this Court.

## PARTIES, JURISDICTION AND VENUE

2.      Venue of this case is appropriate in the United States District Court

for the _____ District of _South Carolina_ (State). Plaintiff states that

1

but for the Order permitting direct filing into the Northern District of Georgia pursuant to Case Management Order No. 1, Plaintiff would have filed in the United States District Court for the _____ _____ District of South Carolina _____ (State). Therefore, Plaintiff respectfully requests that at the time of transfer of this action back to the trial court for further proceedings that this case be transferred to the above referenced District Court.

3.    Plaintiff Lisa L. Webb _____ is a resident and citizen of South Carolina _____ and claims damages as set forth below. Plaintiff's Spouse Edward Lee Webb, Jr. _____, is a resident and citizen of South Carolina _____, and claims damages as a result of loss of consortium. *[Cross Out Spousal Claim if Not Applicable]* Plaintiff(s) currently reside(s) in Hartsville, South Carolina _____. *[City, State]*

4.    Plaintiff was born in 1968 _____ *[List year only]*.

5.    ~~Plaintiff is filing this case in a representative capacity as the~~

_____ ~~of the~~ _____ ~~having been duly appointed as the by the Court of~~ _____. *[Cross out if Not Applicable]* ~~A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~

2

Plaintiff claims damages as a result of:

☑ injury to herself/himself

☐ injury to the person represented

☐ wrongful death

☐ survivorship action

☑ economic loss

☑ loss of services

☑ loss of consortium

6.      Defendant Wright Medical Technology, Inc. is a corporation
organized under the laws of the State of Delaware, with its headquarters and
principal place of business located in the State of Tennessee.  Thus, Defendant
Wright Medical Technology, Inc. is a citizen of the State of Tennessee. [*Cross out
if not naming Wright Medical Technology, Inc. as a Defendant*]

7.      Defendant Wright Medical Group Inc.is a corporation organized
under the laws of the State of Delaware, with its headquarters and principal place
of business located in the State of Tennessee.  Thus, Defendant Wright Medical
Group Inc. is a citizen of the State of Tennessee.  [*Cross out if not naming Wright
Medical Group, Inc. as a Defendant*]

3

8.     Plaintiff is claiming more than $75,000 in damages, exclusive of interest and costs, and federal jurisdiction is supported by 28 U.S.C. § 1332.

## ALLEGATIONS AS TO INJURIES

9.     Plaintiff was implanted with a Wright Conserve hip implant on his/her right _____ right _____ hip on or about _____ June 10, 2011 _____ (date) at the _____ McLeod Regional Medical Center _____ (medical center), in _____ Florence _____ , _____ South Carolina _____ by Dr. _____ Barry L. Clark _____ .

10.     ~~Plaintiff was implanted with a Wright Conserve hip implant on his/her~~ _____ ~~hip on or about~~ _____ ~~(date) at the~~ _____ ~~(medical center), in~~ _____ , _____ ~~by Dr.~~ _____ .

*[Cross out if not bilateral Wright Conserve hips]*

11.     On or about _____ January 2012 and ongoing _____ (date), Plaintiff suffered the following personal and economic injuries as a result of the implantation with the Wright Conserve hip implant: _____ debilitating pain, discomfort, soreness, dysfunction, muscle weakness and deconditioning _____ ; _____ disability, other physical symptoms, inability to work, loss of income, damage to the marital relationship, _____ ; and _____ medical expenses _____ .

12.     Plaintiff had the _____ right _____ Wright Conserve hip implant explanted on _____ November 20, 2012 _____ , at

4

McLeod Regional Medical Center, 555 East Cheves Street, Florence, SC 29506.

(medical center and address) by Dr. Barry L. Clark  ̶o̶r̶/̶P̶l̶a̶i̶n̶t̶i̶f̶f̶/̶w̶i̶l̶l̶/̶b̶e̶/̶h̶a̶v̶i̶n̶g̶

t̶h̶e̶/̶W̶r̶i̶g̶h̶t̶/̶C̶o̶n̶s̶e̶r̶v̶e̶/̶h̶i̶p̶/̶e̶x̶p̶l̶a̶n̶t̶e̶d̶/̶o̶n̶/̶o̶r̶/̶a̶b̶o̶u̶t̶/ _____ , ̶o̶r̶ P̶l̶a̶i̶n̶t̶i̶f̶f̶ h̶a̶s̶

n̶o̶t̶/̶s̶c̶h̶e̶d̶u̶l̶e̶d̶/̶a̶n̶/̶e̶x̶p̶l̶a̶n̶t̶a̶t̶i̶o̶n̶/̶o̶f̶/̶t̶h̶e̶/̶W̶r̶i̶g̶h̶t̶/̶C̶o̶n̶s̶e̶r̶v̶e̶/̶h̶i̶p̶/̶i̶m̶p̶l̶a̶n̶t̶/  *[Cross out*

*inapplicable sections]*

    13.    P̶l̶a̶i̶n̶t̶i̶f̶f̶/̶h̶a̶d̶ t̶h̶e̶/ _____ W̶r̶i̶g̶h̶t̶/̶C̶o̶n̶s̶e̶r̶v̶e̶ h̶i̶p̶ i̶m̶p̶l̶a̶n̶t̶/

e̶x̶p̶l̶a̶n̶t̶e̶d̶/̶o̶n̶ _____ , ̶a̶t̶/

_____

(̶m̶e̶d̶i̶c̶a̶l̶ c̶e̶n̶t̶e̶r̶/̶a̶n̶d̶/̶a̶d̶d̶r̶e̶s̶s̶)̶ b̶y̶ D̶r̶/ _____ ̶o̶r̶/̶P̶l̶a̶i̶n̶t̶i̶f̶f̶/̶w̶i̶l̶l̶ b̶e̶ h̶a̶v̶i̶n̶g̶

t̶h̶e̶/̶W̶r̶i̶g̶h̶t̶/̶C̶o̶n̶s̶e̶r̶v̶e̶/̶h̶i̶p̶/̶e̶x̶p̶l̶a̶n̶t̶e̶d̶/̶o̶n̶ ̶o̶r̶ a̶b̶o̶u̶t̶ _____ , ̶o̶r̶/̶P̶l̶a̶i̶n̶t̶i̶f̶f̶/̶h̶a̶s̶

n̶o̶t̶ s̶c̶h̶e̶d̶u̶l̶e̶d̶ a̶n̶/̶e̶x̶p̶l̶a̶n̶t̶a̶t̶i̶o̶n̶/̶o̶f̶ t̶h̶e̶/̶W̶r̶i̶g̶h̶t̶/̶C̶o̶n̶s̶e̶r̶v̶e̶/̶h̶i̶p̶/̶i̶m̶p̶l̶a̶n̶t̶.  *[Cross out if*

*not bilateral Wright Conserve Hips/ cross out inapplicable sections]*

    14.    Plaintiff(s) has suffered injuries as a result of implantation and

explantation of the Wright Conserve hip implant manufactured by defendants as

shall be fully set forth in Plaintiff's Fact Sheet and other responsive documents

provided to the defendants and are incorporated by reference herein.

    15.    At the time of implantation with the Wright Conserve hip implant, the

Plaintiff resided in

Hartsville, South Carolina

*[City and state only]*

16.    The defendants by their actions or inactions, proximately caused

Plaintiff's injuries.

17.    As a result of the injuries Plaintiff(s) sustained, he/she/they is/are

entitled to recover compensatory damages for pain and suffering and emotional

distress *(if applicable)* and for economic loss as well as punitive damages.

## ALLEGATIONS AS TO DEFENDANTS
## SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

18.    The following claims and allegations are asserted by Plaintiff(s) and

are herein adopted by reference:

(if applicable) STATE PRODUCTS LIABILITY STATUTE:

_____

(individual counts below may be subsumed)

☑   FIRST CAUSE OF ACTION
(NEGLIGENCE, including NEGLIGENCE PER SE (pursuant to the
following statute: _____) and GROSS NEGLIGENCE/
MALICE);

☑   SECOND CAUSE OF ACTION
(STRICT PRODUCTS LIABILITY-DEFECTIVE DESIGN)

☑   THIRD CAUSE OF ACTION
(STRICT PRODUCTS LIABILITY-MANUFACTURING DEFECT);

6

☑ FOURTH CAUSE OF ACTION
(STRICT PRODUCTS LIABILITY-FAILURE TO WARN);

☑ FIFTH CAUSE OF ACTION
(BREACH OF EXPRESS WARRANTY);

☑ SIXTH CAUSE OF ACTION
(BREACH OF IMPLIED WARRANTIES, including [*identify implied warranties*]: Merchantability and fitness for particular purpose            );

☑ SEVENTH CAUSE OF ACTION
(FRAUD, including FRAUDULENT MISREPRESENTATION, FRAUDULENT CONCEALMENT, FRAUD AND DECEIT, MISREPRESENTATION BY OMISSION; CONSTRUCTIVE FRAUD);

☑ EIGHTH CAUSE OF ACTION
(UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER STATE LAW) **SPECIFY THE STATUTE ALLEGED:**
S.C Code Ann. § 39-5-10, et seq.            ;

☑ NINTH CAUSE OF ACTION
(NEGLIGENT MISREPRESENTATION);

☑ TENTH  CAUSE OF ACTION
(NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS);

☑ ELEVENTH CAUSE OF ACTION
(INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

☑ TWELFTH CAUSE OF ACTION
(LOSS OF CONSORTIUM);

☑ THIRTEENTH CAUSE OF ACTION
(VIOLATION OF APPLICABLE STATE CONSUMER FRAUD STATUTE) **SPECIFY THE STATUTE ALLEGED:**
SC Code Ann. § 39-5-10, et seq.            ;

7

☑ FOURTEENTH CAUSE OF ACTION
(RESTITUTION OF ALL PURCHASE COSTS AND
DISGORGEMENT OF ALL PROFITS FROM MONIES THAT
PLAINTIFF INCURRED IN THE PURCHASE OF THE HIP
IMPLANT); and

PLAINTIFF(S) ASSERT(S) THE FOLLOWING ADDITIONAL STATE
CAUSES OF ACTION:

Negligent Misrepresentation and Punitive Damages.

Any state law causes of action requiring specific or additional pleadings

and allegations will be supplemented as required or upon remand, if necessary.

8

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1.     For compensatory damages requested and according to proof,

including [Check those that are applicable]:

☑ past, present and future pain and suffering;

☑ past, present and future medical expenses;

☑ loss of earnings/ earnings capacity;

☑ loss of enjoyment of life; and

☑ loss of consortium;

2.     For punitive or exemplary damages;

3.     For all applicable statutory damages of the state whose laws will

govern this action;

4.     For medical monitoring, pursuant to statute/case [identify case/

statute]: _____;

5.     For an award of attorneys' fees and costs;

(statute_____);

6.     For prejudgment interest and the costs of suit, where awardable; and

7.     For such other and further relief as this Court may deem just and

proper.

9

## JURY DEMAND

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

Date: July 29, 2014 _____

Respectfully submitted,
Counsel for Plaintiff(s)

_____

Thomas P. Gressette, Jr.

Pratt-Thomas Walker, P.A.

P.O. Drawer 22247

Charleston, SC 29413-2247          (843) 727-2249

10